UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:06CR368 HEA |
| | ) |
| KHNUM HAIM HAYES, | ) |
| | ) |
| Defendant. | ) |

**OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on defendant's Motions to Suppress Evidence and Statements, [Doc. No.'s 56 and 57]. The Court referred this matter to United States Magistrate Judge David D. Noce for a Report and Recommendation pursuant to 28 U.S.C. § 636(b). An evidentiary hearing was held on November 8, 2006.

Judge Noce recommended that the motions be denied. No objections have been filed within the prescribed time period. The Court, therefore need not conduct a *de novo* review. Based on the analysis set forth in Judge Noce's Recommendation, the Court adopts the recommendation in the its entirety.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's Motions to Suppress Evidence and Statements, [Doc. No. 56 and 57] are denied.

Dated this 20th day of December, 2006.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE